UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61131-CIV-HURLEY/HOPKINS

JEFFREY M. SISKIND,
     Plaintiff,

v.

STEPHEN VINCENT, et al.,
     Defendants.
_____/

### ORDER DENYING AS MOOT DEFENDANT'S
### MOTION FOR ENLARGEMENT OF TIME

**THIS CAUSE** comes before the court upon defendant Stephen Vincent's motion for enlargement of time to respond to the complaint [DE # 11]. On January 4, 2008, this court granted defendant Vincent's motion to dismiss on the ground that plaintiff had not served process on the defendants within the 120-day limit imposed by the Federal Rules of Civil Procedure. *See* DE # 10. The court also directed the Clerk to close the case. Because this case is now closed, no response to the complaint is necessary, and defendant's motion for enlargement of time is moot.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1.     Defendant Stephen Vincent's motion for enlargement of time to respond to the complaint [DE # 11] is **DENIED AS MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of February, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies furnished to counsel of record*